# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0046• E: Joshua@levinepstein.com

May 29, 2026

***Via Electronic Filing***
The Hon. Paul Oetken, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Dou et al v. TD Bank N.A.*
       Case No.: 1:23-cv-04880

Dear Honorable Judge Oetken:

This law firm represents Plaintiffs in the above-referenced matter.   We write on behalf of Plaintiffs to respectfully request that the Court so-order the proposed Second Amended Pretrial Scheduling Order setting the following deadlines for submitting pretrial papers and motions in accordance with the following schedule:

1.  On or before August 3, 2026, the parties shall serve:

    a.  their initial designations of deposition testimony to be offered in their cases-in-chief as called for by the Court's Individual Rule 5(A)(xi)(a), and

    b.  their initial list of all trial witnesses as called for by the Court's Individual Rule 5(A)(x); and

    c.  their initial exhibit lists for use in their cases-in-chief as called for by the Court's Individual Rule 5(A)(xii).

2.  On or before August 10, 2026, the parties shall:

    a.  confer regarding objections and revisions to, and the final form of, the materials exchanged pursuant to para. 1 above;

    b.  serve any objections to the other side's proposed exhibits consistent with the Court's Individual Rule 5(A)(xii);

    c.  exchange any proposed stipulations consistent with the Court's Individual Rule 5(A)(ix); and

    d.  confer regarding any proposed motions in limine as required by the Court's Individual Rule 5(B)(i).

3.  On or before August 17, 2026, the parties shall:

a. serve any counter-designations to the other side's deposition designations and any objections, including the basis for each objection, as called for by the Court's Individual Rule 5(A)(xi)(a);

b. meet and confer in good faith to narrow disputes regarding exhibits and to identify exhibits to which no party objects; and

c. if the case is to be tried to a jury, exchange draft joint requests to charge, draft proposed verdict form language, and draft proposed voir dire questions or, if the case is to be tried without a jury, the parties shall exchange draft proposed findings of fact and conclusions of law.

4. On or before August 24, 2026, the parties shall:

a. serve any brief response to the other side's deposition objections as called for by the Court's Individual Rule 5(A)(xi)(a)(3); and

b. meet and confer in good faith to narrow disputes and prepare the materials required for filing with the Joint Pretrial Order, including the chart listing the designations, counter-designations, objections, and brief responses to objections called for by the Court's Individual Rule 5(A)(xi)(a) and transcripts of the relevant depositions with designations, counter-designations, and objections highlighted in different colors as called for by the Court's Individual Rule 5(A)(xi)(b).

5. On or before September 14, 2026, the parties shall:

a. submit a Joint Pretrial Order that complies with the Court's Individual Rule 5(A); and

b. file any motions in limine consistent with the Court's Individual Rule 5(B)(i).

6. On or before September 28, 2026, the parties shall file any oppositions to any motions in limine or to any legal arguments in a pretrial memorandum as permitted by the Court's Individual Rule 5(F).

Counsel for Defendant has reviewed the proposed amendments and has confirmed that Defendant has no opposition to the Court so-ordering the same.

Accordingly, Plaintiffs respectfully request that the Court approve and so-order the proposed amendment to You Honor's Pretrial Scheduling Order entered on April 30, 2026. [Minute Entry].

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:  */s/ Joshua Levin-Epstein*
    Joshua D. Levin-Epstein, Esq.
    420 Lexington Avenue, Suite 2458
    New York, NY 10170
    Tel. No.:  (212) 792-0046
    Email: Joshua@levinepstein.com
    *Attorneys for Plaintiffs*

VIA ECF: All Counsel

3