**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LINA DOU, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TD BANK, N.A.,<br><br>Defendant. | Case No. 1:23-CV-04880-JPO |

**ORDER**

On August 4, 2026, the parties notified the Court that they had reached an agreement in principle to resolve the above-captioned class action. They also requested that the Court stay the existing case deadlines while they prepare the necessary settlement papers and order a deadline for the filing of their motion for preliminary settlement approval.

The Court hereby orders that:

1. All existing case deadlines, including the pretrial deadlines ordered by the Court on June 1, 2026 (ECF No. 213), are stayed; and

2. The parties shall file their motion for preliminary settlement approval, together with the settlement agreement, proposed class notice, proposed notice plan, and proposed preliminary-approval order, within thirty (30) days of the entry of this order.

So ordered.

Date: August 5, 2026

ENTERED:

J. PAUL OETKEN
United States District Judge